UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

HU YI HUAN,

                Plaintiff,

-against-

FEDERAL GOVERNMENT, and U.S.
AMERICA make position: mayor case of police
to me for name I never get then identity theft
and theft my asset. I freeze asset to used now.
return asset please!,

                Defendant.
------------------------------------------------------------x

**CIVIL JUDGMENT**
10-CV-224 (KAM)

      Pursuant to the Court's Memorandum and Order issued on February 2, 2010 dismissing this civil action, it is

      **ORDERED, ADJUDGED AND DECREED**: That the complaint is hereby dismissed. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's order would not be taken in good faith.

                                          /s/
                               KIYO A. MATSUMOTO
                               United States District Judge

Dated: Brooklyn, New York
       February 2, 2010